IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) Criminal No. 4:18-cv-00202 |
| v. | ) <br> ) APPEARANCE |
| JESSICA ANN GUILFOYLE, | ) <br> ) |
| Defendant. | ) |

COMES NOW, Assistant United States Attorney, Richard Rothrock, and hereby enters his appearance as counsel for the United States of America in the above-entitled case.

Respectfully submitted,

Marc Krickbaum
United States Attorney


By: */s/ Richard Rothrock*
Richard Rothrock
Assistant United States Attorney
8 S. Sixth Street, Ste. 348
Council Bluffs, Iowa 51501
Tele:   (712) 256-5009


CERTIFICATE OF SERVICE

I hereby certify that on          , I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail  _____Fax  _____Hand Delivery

  X   ECF/Electronic filing      ____Other means

UNITED STATES ATTORNEY
By:  */s/    ms*
       Paralegal