## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| **JESSICA ANN GUILFOYLE,** | ) | |
| | ) | **4:18-cv-00202-SMR** |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **AFFIDAVIT OF ATTORNEY** |
| **UNITED STATES OF AMERICA,** | ) | **CHAD DOUGLAS PRIMMER** |
| | ) | |
| **Respondent.** | ) | |

COMES NOW the undersigned, being first duly sworn on oath, and states as follows:

1. That the undersigned was Court appointed to represent Jessica Ann Guilfoyle in Case 1:17-CR-016.

2. Guilfoyle originally faced a mandatory minimum sentence of 60 months.   However, prior to her Plea Hearing, the Government filed a Notice pursuant to 21 USC 851 which increased her mandatory minimum sentence to 120 months.

3. Her Plea was made pursuant to a Rule11(c)(1)(B) Plea Agreement recommending a sentence of 120 months.  The only issue at her sentencing was whether a firearms enhancement pursuant to USSG §2D1.1 (b)(1) applied and whether to sentence her to 120 months.

4. That Guilfoyle was eventually sentenced to a mandatory minimum sentence of 120 months.  Nothing else could have been done on her behalf.


AFFIANT FURTHER SAYETH NOT.

**CHAD DOUGLAS PRIMMER**

Subscribed, sworn to, and acknowledged before me on this 13th day of August, 2018.

NOTARY PUBLIC