JESSICA ANN GUILFOYLE
REG. NO. 18034-030
FCI ALICEVILLE
FEDERAL CORR. INSTITUTION
P.O. BOX 4000
ALICEVILLE, AL 35442

**RECEIVED**

OCT 0 3 2018

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

September __, 2018

Mr. John S. Courter
Clerk of Court
U.S. District Court
Southern District of Iowa
Western Division - Council Bluffs
8 South Sixth Street, Room 313
Council Bluffs, IA 51501-4200

    RE:   *Guilfoyle v. United States*
            Civil No. 4:18-cv-00202-SMR
            Crim No. 1:17-cr-00016-SMR-HCA-1

Dear Mr. Courter:

    Enclosed please find and accept for filing Movant's Reply to Government's Response to Defendant's Motion pursuant to 28 U.S.C. § 2255. Please submit this document to the Court.

    Thank you for your assistance in this matter.

                          Sincerely,

                          JESSICA ANN GUILFOYLE
                          Appearing *Pro Se*

*Encl. as noted*